# Court of Appeals
# of the State of Georgia

ATLANTA, May 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1918. SARAH BROWN v. DEVONTE MARQUETT ALLEN.

On December 18, 2025, the trial court issued a final order dismissing the complaint of plaintiff Sarah Brown. Brown filed a motion for reconsideration, which the court denied on March 19, 2026. On April 15, 2026, Brown filed a notice of appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). The denial of a motion for reconsideration is not itself appealable and does not extend the time for filing a notice of appeal. *Mosher v. Mosher*, 378 Ga. App. 187, 189 (919 SE2d 831) (2025). Here, Brown's appeal is untimely as to the December 18, 2025 final order, as it was filed 118 days after entry of the order. And her appeal is improper as to the denial of her motion for reconsideration. Thus, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/18/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.